FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-CR-1082 WJ |
| ) | |
| vs. ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): |
| ) | Possession with Intent to Distribute a |
| **JASMINE WILLIAMS**, ) | Mixture and Substance Containing |
| ) | Methamphetamine. |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about March 25, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **JASMINE WILLIAMS**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

FRED J. FEDERICI
Acting United States Attorney

*Sarah Howard*

SARAH E. HOWARD
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274