IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      No. 21 CR 1082 WJ

JASMINE NICOLE WILLIAMS,

        Defendant.

## NOTICE OF NON-AVAILABILITY

COMES NOW, Stephen Taylor, Assistant Federal Public Defender, counsel for the defendant, and hereby notifies the Court and counsel that he will be unavailable from November 8 through November 12, 2021, attending the Orientation Seminar for Assistant Federal Public Defender's in Santa Fe, New Mexico.

WHEREFORE, counsel respectfully requests that any hearings, trial matters and any other matters not be scheduled during the above time periods as counsel will be out of his office.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        111 Lomas NW, Suite 501
        Albuquerque, New Mexico 87102
        (505) 346-2489
        Stephen_taylor@fd.org

        /s/ [*electronically filed*]
        STEPHEN TAYLOR, AFPD
        Attorney for Defendant